**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| FRESHPOINT NORTH CAROLINA, INC. | : | |
| t/a FRESHPOINT CHARLOTTE, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 3:15-cv-00158-MOC-DSC |
| | : | |
| SCOTT WAYNE SKINNER, d/b/a | : | |
| SCOTT'S WHOLESALE PRODUCE, et al | : | |
| | : | |
| Defendants. | : | |

## ORDER OF DEFAULT JUDGMENT

Upon motion of Plaintiff FreshPoint North Carolina, Inc., d/b/a Freshpoint Charlotte, Inc. ("FreshPoint"), the Memorandum in Support, the record of this action, and the Declarations of Plaintiff's counsel and Plaintiff's representative demonstrating that: Defendants, Scott Wayne Skinner, d/b/a Scott's Wholesale Produce and Joshua Scott Skinner, d/b/a Scott's Wholesale Produce ("Scott's Wholesale") failed to plead or otherwise defend in this action; Defendants, Scott Wayne Skinner, d/b/a Scott's Wholesale Produce and Joshua Scott Skinner, d/b/a Scott's Wholesale Produce, jointly and severally, owe Plaintiff the principal sum of $36,811.21 of which $35,981.01 is for wholesale amounts of produce items, $830.20 for other goods (eggs), plus contractual interest at a rate of 18% per annum, costs, and attorneys' fees, and with no evidence that Defendants Scott Wayne Skinner and Joshua Scott Skinner are infants, incompetent persons, or in the military service of the United States, IT IS HEREBY

**ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of Plaintiff FreshPoint and against Defendants, Scott Wayne Skinner, d/b/a Scott's Wholesale Produce and Joshua Scott Skinner, d/b/a Scott's Wholesale Produce, jointly and severally, under the trust provisions of the PACA, 7 U.S.C. § 499e(c), in the principal amount of $35,981.01, plus interest in

- 1 -

the amount of $2,276.36 and attorneys' fees and costs in the amount of $4,737.68, plus $830.20 for other unpaid goods (eggs), for a total judgment amount of $43,825.25.

Max O. Cogburn Jr.
United States District Judge